# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

ROBERT BELL,JR.,                    )
                                    ) No. 6:26-cv-03296-SRB-P
Pro Se Pauper Plaintiff,            )
                                    ) <u>PLAINTIFF'S MOTION REQUESTING</u>
v.                                  ) <u>THE COURT TO ORDER/DIRECT</u>
                                    ) <u>THE CLERK OF THE COURT TO</u>
ASHOKKUMAR CHADA, et al.,           ) <u>ISSUE PROCESS ON DEFENDANTS</u>
                                    )
              Defendants.           )

Comes now Plaintiff, Robert Bell,Jr. and hereby respectfully prays that this Honorable Court order/Direct the clerk of the court to issue process and or cause the U.S. Marshals to serve the summons and the court order/finds and a copy of the civil complaint on the above defendants.

And to provide verification of such service to the Plaintiff, (because plaintiff has not been supplied any documentation what-so-ever that service has actually been accomplished in a timely manner, in light plaintiff's Pro Se and In Forma Pauperis standing ordered by this Court.

Respectfully submitted,

/S/_____
MR. ROBERT BELL,JR. #526934
South Central Corr. Ctr.
255 West Highway 32
Licking, Missouri 65542
Dated: June 1st, 2026

TERINITY J GENTRY
Notary Public - Notary Seal
STATE OF MISSOURI
Texas County
My Commission Expires: Aug. 21, 2027
Commission # 23604893

1 Of 1.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

ROBERT BELL,JR., )
        ) No. 6:26-cv-03296-SRB-P
Pro Se Pauper Plaintiff, )
        ) **PLAINTIFF'S MOTION REQUESTING**
V.        ) **THE COURT TO DIRECT/ORDER THE**
        ) **CLERK OF THE COURT TO MAIL**
ASHOKKUMAR CHADA, et al., ) **OR ELECTRONICALLY SEND OR**
        ) **PROVIDE ROBERT BELL,JR. A**
    Defendants. ) **MEDIATION REQUEST FORM**

As stated in the Court's 5/27/26 Order.

V. NOTICE OF MEDIATION

In the above entitled cause of action.

Because, NO MEDIATION REQUEST FORM HAS BEEN PROVIDED PLAINTIFF.

And a reasonably quick and acceptable settlement will be in both parties best interest.

And Plaintiff whole heartedly intends to mail the form to The MAP Director's Office.

Please, make sure The MAP Director's address is included.

       Respectfully submitted,

Dated: June 1st, 2026...

     /S/_____
     MR. ROBERT BELL,JR. #526934
     South Central Correctional Center
     255 West Highway 32
     Licking, Missouri 65542
     PRO SE PLAINTIFF

TRINITY J GENTRY
Notary Public - Notary Seal
STATE OF MISSOURI
Texas County
Commission Expires: Aug. 21, 2027
Commission # 23804883

1 of 1.

CERTIFICATE OF SERVICE
FOR PRO SE DOCUMENTS

I, Robert Bell,Jr. #526934, depose and state that on this June 1st, 2026, I served a true and correct copy of the foregoing:

1. PLAINTIFF'S MOTION REQUESTING THE COURT TO DIRECT/ORDER THE CLERK OF THE COURT TO PROVIDE PLAINTIFF A MEDIATION REQUEST FORM. AND

2. PLAINTIFF'S MOTION REQUESTING THE COURT TO ORDER/DIRECT THE CLERK OF THE COURT TO ISSUE PROCESS ON DEFENDANTS.

On;
(a). The attorney General of Missouri, Mr. Andrew Bailey at P.O. Box 899 in Jefferson City, Missouri 65102, Phone No. (573) 751-3321, FAX No. (573) 751-0774, Internet: andrew.bailey@ago.mo.gov.

and both defendants, Michael Shewmaker and Dr. Ashokkumar Chada atby celivering the pleadings to the clerk of the U.S. Dist. Court for the westren district of missouri at United States Courthouse, 400 E. 9th Street in Kansas City, Missouri 64106

so that the clerk may scan the documents into the CM/ECF SYSTEM AND CREATE A DOCKET ENTRY FOR THE PLEADINS SHOWING ITS FILING DATE, SO THE CLERK WILL THEN PROVIDE EVERY REGISTERED USER WITH AN ELECTRONIC NOTICE OF DOCKET ACTIVITY, WHICH WILL CONSTITUTE SERVICE OF THE DOCUMENTS ON THE REGISTERED USERS / DEFENDANTS IN THE ABOVE ENTITLED CAUSE OF ACTION.

Eecuted on this June 1st, 2026.../S/_____
ROBERT BELL, JR. #526934
South Central Corr. Ctr.
255 West Highway 32
Licking, Missouri 65542
Pro Se Plaintiff

TERINITY J GENTRY
Notary Public - Notary Seal
STATE OF MISSOURI
Texas County
My Commission Expires: Aug. 21, 2027
Commission # 23604853

1 of 1.