**Mike Kehoe**

Governor

**Trevor Foley**

Director

2729 Plaza Drive

P. O. Box 236

Jefferson City, MO 65102

Telephone: 573-751-2389

Fax: 573-526-0880

# State of Missouri
# DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

June 1, 2026

Clerk of the Court
United States District Court
Western District of Missouri

*Via E-mail*

Re: BELL, Robert 526934 v. Michael Shewmaker et al.
Case Number 6:26-cv-03296-SRB

Dear Clerk of the Court:

This correspondence serves as a response to the Court's order regarding waiver of service for defendant Michael Shewmaker.

Missouri Department of Corrections waives formal service of process for current employee Michael Shewmaker.

By submitting this letter, the undersigned is not entering as an attorney for any party. For any individual defendant for whom service has been waived, separate counsel will file their appearance within the timeframe allotted by the Court. The undersigned requests that the Court does not enter them in any way as counsel of record in the system.

Respectfully,

Courtney Chapin, Senior Counsel
Missouri Department of Corrections