IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

ROBERT BELL,JR.,

Pro Se Pauper Plaintiff,

V.

ASHOKKUMAR CHADA, et al.,

Defendant(s).

) No. 6:26-cv-03296-SRB-P
)
) **PLAINTIFF'S SUPPLEMENTAL CLAIMS**
) **/COMPLAINTS AGAINST CENTURION**
) **HEALTH SERVICES, LLC, AS A**
) **INDIVIDUAL CAPACITY**
) **DEFENDANT IN OFFICIAL AND**
) **INDIVIDUAL CAPACITY**
)

Continued from original complaint...

54. John Doe, the "Centurion employee who holds the title of "Medical Director over Dr. Chada approves or disapproves medical treatment proposed by on-site and outside physicians" and thus Centurion, through its chosen employees, makes final decisions relative to medical care." So, if in doing the job an employee was hired to do the employee causes harm, it is only fitting to hold Centurion liable for that harm.


55. Plaintiff can establish the liability of Centurion for a violation of the **Eighth Amendment** with "proof that either Centurion inflicted cruel and unusual punishment...or someone endowed with final decisionmaking authority used it to inflict cruel and unusual punishment, like Dr. Chada.

56. The money-making objective of a business like Centurion.

For a business like Centurion, which gets paid a predetermined amount for doing a job, the less it spends on doing the job, the more money it makes. It is, therefore, in Centurion's best interest to spend as little as possible on doing the job. This objective is accomplished by reserving final decision-making

1.

authority, which makes everyone subject to that final decision-making authority, which makes everyone subject to that final decision-making authority an employee.

57. Centurion is liable to Plaintiff based on their policy of keeping spending at a minimum, at the cost of denying needed medical procedures to inmates, and that a Centurion employee's decision to save money and deny a medical procedure results in liabilty for Centurion.

58. Plaintiff has stated an **Eighth Amendment** deliberate indifference claim against Dr, Ashokkumar Chada, in his individual capacity, and against defendant Centurion.

59. Not to mention that Centurion also enforces the policy and or custom that forces inmates like plaintiff sick, hurt or disabled to walk a very long way to the medical and or pharmacy, in Plaintiff's case on the same right leg with an open incision everyday for his medication and medical treatment and the Plaintiff has to stand in long lines of inmates day and night, rain, snow sleet or hail which of course violates Plaintiff's Doctor's Order For No Prolong Statnding. And if plaintiff does not make the long walk Centurion employees will write him a conduct violation which can send him to the Hole and inthat cause him to be kicked out of the Honordorm or Privilege Unit, which will be swiftly enforced by Defendant, Michael Shewmaker's correctional officers.

60. Last but not least, the Director of nursing told me that the reason they (Medical) now,( after years of bringing the medications to the inmate's housing units) refuses to deliver

inmate medications although DOC has purchased several vehicles for nurses to use just for the purpose of delivering medications and even emergency treatment in the housing units, which the nurses provide all day everyday and night and even now the nurses deliver medications to seven house the work release units but not to units #3, #4, #5 and #6. Therefore, this policy and or custom that refuses to deliver my medication to my housing unit is unconstitutional and forcing me to walk such a long way to receive my medications is cruel and unusual punishment in light of my present injuries.

Relief requested:

61.     Issue process on and against CENTURION Health Services,LLC for individual capacity deliberate indiffernce to Plaintiff's serious medical needs in violation of the Eighth Amendments prohibition against cruel and unusual punishment, and

Issue the injunction/temporary restraining order directing the Defendants to deliver Plaintiff's medication to the Honordorm and or privilage Unit, to Plaintiff's assigned cell 5B131(b),

62. Immediately treat Plaintiff for the instant swelling in his right ankle and knee, to make sure there is no more infection (CELLULITIS) remaining that would cause the leg to be amputated!

Dated; June 11th, 2026.....Respectfully submitted,
                          /s/_____
                          MR. ROBERT/BELL JR. #526934
                          South Central Correctional Ctr.
                          255 West Highway 32
                          Licking, Missouri 65542
                          PRO SE PAUPER PLAINTIFF
                          3.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

ROBERT BELL,JR.,                          )
                                          ) No. 6:26-cv-03296-SRB-P
Pro Se Pauper Plaintiff,                  )
                                          ) **ORDER TO SHOW CAUSE FOR A**
v.                                        ) **PRELIMINARY INJUNCTION & A**
                                          ) **TEMPORARY RESTRAINING ORDER**
ASHOKKUMAR CHADA, et al.,                 )
                                          )
                Defendants.               )

Upon the complaint, the supporting affidavit of plaintiff, herewith, it is:

**ORDERED** that defendants Michael Shewmaker and Ashokkumar Chada and Centurion Health Services, LLC show cause in room ___ of the United States Courthouse, Charles Evans Whittaker Courthouse at 400 E. 9th Street, Kansas City, Missouri 64106 on the ___ day of June, 2026, at _____ o'clock, why a preliminary injunction should not issue enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participating with them, **FROM DENYING PLAINTIFF, MR. ROBERT BELL,JR. #526934 LOCATED AT SCCC HOUSING UNIT 5B CELL 131(b) DELIVERY OF HIS MEDICATIONS AT THE SAME HOUSING UNIT: AND**
**TO PROVIDE EMERGENCY AND OR IMMEDIATE TREATMENT FOR THE INSTANT PAIN AND SUFFERING FROM HIS RIGHT KNEE AND ADEQUATELY ADDRESS THE SWELLING AND POTENTIAL DAMAGING CELLULITIS INFECTION THAT STLL OBVIOUSLY MIGHT BE IN THE KNEE JOINT AND COULD CAUSE A AMPUTATION IF NOT TREATED APPROPRIATE AND IMMEDIATELY BY A QUALIFIED DOCTOR AND OR SPECIALIST IN THE INFECTION FIELD.**

**IT IS FURTHER ORDERED that** effective immediately and pending the hearing and determination of this order to show cause, the defendants Michael Shewmaker, Ashokkumar Chada and Centurion Health Services, LLC, and each of their officers, agents, employers, and all persons acting in concert or participation with them, are restrained from refusing to deliver plaintiff his medication in at at the above housing unit and to immediately have Plaintiff, Mr. Robert Bell,Jr. treated for the swelling

and pain in his right knee.

**IT IS FURTHER ORDERED** that the order to show cause, and all other papers attached to this application, be served on the aforesaid Plaintiff by_____2026.


Dated:_____

United States District Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

ROBERT BELL,JR.,                    )
                                    ) No. 6:26-cv-03296-SRB-P
Pro Se Pauper Plaintiff,            )
                                    ) **PLAINTIFF'S AFFIDAVIT IN**
**v.**                              ) **SUPPORT OF SUPPLEMENTAL CLAIMS**
                                    ) **AND A PRELIMINARY INJUNCTION**
ASHOKKUMAR CHADA, et al.,           ) **& A TEMPORAY RESTRAINING ORDER**
                                    )
                Defendants.         )

STATE OF MISSOURI )
                  ) SS.
TEXAS COUNTY      )

Comes now **MR. ROBERT BELL,JR.**, the **Plaintiff** and being of sound mind and able to testify at a trial of this matter hereby swears under penalty of perjury, and deposes and states that the foregoing statements of fact and law contained therein are true and correct to the best of my knowledge, information and belief on this JUNE 12th, 2026,

/S/_____
MR. ROBERT BELL JR.#526934


Subscribed and sworn to before me on this June 12, 2026 Texas County, Missouri.

/S/ _____ (Notary's signature)

Terinity J. Gentry (Typed or printed name)

Notary Public in and for
the State of Missouri.
My commission expires on
8/21/27_____.

TERINITY J GENTRY
Notary Public - Notary Seal
STATE OF MISSOURI
Texas County
My Commission Expires: Aug. 21, 2027
Commission # 23604983

CERTIFICATE OF SERVICE
FOR PRO SE DOCUMENTS

I, Robert Bell,Jr. #526934, depose and state that on this June 12st, 2026, I served a true and correct copy of the  foregoing:

1. PLAINTIFF"S SUPPLEMENTAL CLAIMS,

2. order for injunction and or tro,

3. plaintiff'S affidavit in support

On the following parties:

Defendant, Michael Shewmaker (Warden of SCCC and Centurion,LLC, and Dr. Ashokkumar Chada at The South Central Correctional Ctr. at 255 West Highway 32 in Licking, Missouri 65542...........
by delivering the pleadings to the clerk of the U.S. Dist. Court for the westren district of missouri at United States Courthouse, 400 E. 9th Street in Kansas City, Missouri 64106

so that the clerk may scan the documents into the CM/ECF SYSTEM AND CREATE A DOCKET ENTRY FOR THE PLEADINS SHOWING ITS FILING DATE, SO THE CLERK WILL THEN PROVIDE EVERY REGISTERED USER WITH AN ELECTRONIC NOTICE OF DOCKET ACTIVITY, WHICH WILL CONSTITUTE SERVICE OF THE DOCUMENTS ON THE REGISTERED USERS / DEFENDANTS IN THE ABOVE ENTITLED CAUSE OF ACTION.

Executed on this June 12st, 2026.../S/_____
ROBERT BELL, JR. #526934
South Central Corr./Ctr.
255 West Highway 32
Licking, Missouri 65542
Pro Se Plaintiff

6...