UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| *ROBERT BELL, JR.,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 6:26-cv-03296-SRB |
| | ) | |
| *ASHOKKUMAR CHADA, MD, MICHAEL* | ) | |
| *SHEWMAKER, and CENTURION MEDICAL* | ) | |
| *SERVICES,* | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE
## AND WAIVER OF SERVICE

COME NOW, Dennis S. Harms and Sandberg Phoenix & von Gontard P.C. and hereby

enter their appearance and waive service of process on defendant Ashokkumar Chada, MD.

Pursuant to Fed.R.Civ.Pro. 4 and 12 and this Court's May 27, 2026, Order [Doc. 6], said

defendant's answer or other responsive pleading is due no later than July 26, 2026.

SANDBERG PHOENIX & von GONTARD P.C.

By:   */s/Dennis S. Harms*
Dennis S. Harms, #58937
701 Market Street, Suite 600
St. Louis, MO  63101
314.231.3332
314.241.7604 (Fax)
dharms@sandbergphoenix.com

*Attorney for Defendant Ashokkumar Chada, MD*

43261998.v1

**<u>Certificate of Service</u>**

I hereby certify that on the 17th day of June 2026, the foregoing *Entry of Appearance and Waiver of Service* was filed electronically with the Clerk of the Court and mailed by United States Postal Service to the following non-participant in Electronic Case Filing:

Robert Bell, Jr., #526934
SOUTH CENTRAL CORRECTIONAL CENTER
255 West Highway 32
Licking, MO 65542
*Pro se Plaintiff*

*/s/Dennis S. Harms*